UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BUNTING PROPERTIES I, INC., on
behalf of itself and all others similarly situated,

    Plaintiff,

v.

Case No. 18-10865

Hon. Stephen J. Murphy,1 III

CITY OF DEARBORN HEIGHTS,
a municipal corporation; MOHAMED SOBH,
Director of the City of Dearborn Heights Building and
Engineering Department; and JOHN or JANE DOE,
Code Official(s), jointly and severally,

    Defendants.

and

GOREN 1963, LLC and LUCIAN
DEVELOPMENT, LLC,

    Plaintiffs,

v.

CITY OF DEARBORN HEIGHTS,

    Defendant.

---

## STIPULATED ORDER DISMISSING CASE

This matter having been amicably resolved by the parties herein at facilitation, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the above entitled cause of action be, and that same hereby is, dismissed as to all parties with prejudice and without costs or attorney fees to any party hereto.

**IT IS FURTHER ORDERED** that the court shall retain jurisdiction in this matter for sixty (60) days pending the execution and exchange of all settlement documents between the parties herein.

THIS ORDER RESOLVES THE LAST PENDING CLAIM AND CLOSES THE ABOVE CASES. THIS IS A FINAL ORDER.

**SO ORDERED.**

                                                s/Stephen J. Murphy, III
                                                STEPHEN J. MURPHY, III
Dated: August 29, 2019           United States District Court Judge

Stipulated to by:

| (unable to make contact for permission) | s/Mark K. Wasvary |
|---|---|
| STUART SANDWEISS (P60921) | MARK K. WASVARY (P51575) |
| Attorney for Plaintiffs | Co-Counsel for Consolidated PL |
| 18481 W. Ten Mile Rd., Ste. 100 | 2401 W. Big Beaver Rd., Ste. 100 |
| Southfield, MI  48075-2693 | Troy, MI  48084-3304 |
| 248.559.2400 | 248.649.5667 |
| stuart@metrodetroitlitigation.com | mark@wasvarylaw.com |

| s/Gregory A. Roberts | s/Aaron D. Cox |
|---|---|
| JEFFREY R. CLARK (P33074) | AARON D. COX (P69346) |
| GREGORY A. ROBERTS (P33984) | Attorney for Consolidated PLs |
| JENNIFER A. RICHARDS (P79962) | 23380 Goddard Rd |
| Attorneys for Defendants | Taylor, MI  48180-4131 |
| 17436 College Parkway | 734.287.3664 |
| Livonia, MI  48152 | aaron@aaroncoxlaw.com |
| 734.261.2400 | |
| groberts@cmda-law.com | |

Dated : August 29, 2019